# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION | : : | CIVIL ACTION |
| Plaintiff, | : : | No. 19-2601 |
| v. | : : | |
| 1800 16TH STREET, LLC | : | |
| Defendant. | : | |

## ORDER

This 11th day of February, 2020, upon consideration of Plaintiff's Motion for Appointment of Receiver, ECF 2, it is **ORDERED** that Plaintiff's Motion for Appointment of Receiver is **DENIED**.

                                                          /s/ Gerald Austin McHugh
                                                          Gerald Austin McHugh
                                                          United States District Court Judge